PD-0408-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/13/2015 12:00:00 AM
Accepted 4/15/2015 4:08:53 PM
ABEL ACOSTA
CLERK

PD-0408-15

CAUSE NO. _____

| | | |
|---|---|---|
| **MARK JOSEPH SHUMSKI,**<br>    **Appellant,** | §<br>§<br>§ | **IN THE TEXAS COURT OF** |
| **v.** | §<br>§<br>§<br>§ | |
| | §<br>§<br>§ | **CRIMINAL APPEALS** |
| | §<br>§<br>§ | |
| **STATE OF TEXAS**<br>    **Appellee.** | §<br>§ | **IN AND FOR THE STATE OF**<br>**TEXAS** |

FILED IN
COURT OF CRIMINAL APPEALS

April 15, 2015

ABEL ACOSTA, CLERK

**DEFENDANT'S MOTION TO EXTEND DEADLINE TO FILE PETITION
FOR DISCRETIONARY REVIEW PURSUANT TO T.R.A.P RULE 10(5)(b)**

**TO THE HONORABLE JUDGE OF SAID COURT:**

   **COMES NOW** DEFENDANT MARK JOSEPH SHUMSKI and files this

his **MOTION TO EXTEND DEADLINE TO FILE PETITION FOR**

**DISCRETIONARY REVIEW PURSUANT TO T.R.A.P RULE 10(5)(b).** In

Support of this Motion Defendant offers to this Honorable Court the following:

**I.**

   This cause was originally filed in the Second Court of Criminal Appeals,

however, pursuant to Order, the case was transferred to the Honorable 11th

Court of Appeals.

## II.

On March 5, 2015, The Honorable 11th Court of Appeals affirmed the 271st, Wise County District Court proceedings. The appellate cause number is 11-13-00054-CR, styled Mark Joseph Shumski, appellant v. The State of Texas, Appellee. There are no pending motions nor requests for rehearing pending in the 11th Court of Appeals regarding this matter.

## III.

Petitioner respectfully requests an extension be granted to file this petition for discretionary review. The request for extension is made within the fifteen (15) days allowable by T.A.R.P. 10(5)(b) and is not designed for delay but so that justice may be done. Co-Counsel on this appeal had has pneumonia for approximately two and one-half weeks hindering the prompt completeness of the pdr.

## IV.

Petitioner as of this day has completed and has contemporaneously filed the pdr electronically, however, Petitioner respectfully requests that this Court grant the extension to file and allow the pdr to be timely filed with this Court.

Respectfully submitted,

By: _/s/_____
**PAUL BELEW**
State Bar No. 00794926

**LAW OFFICES OF PAUL BELEW, PLLC.**
P.O. Box 1026
Decatur, Texas 76234
Telephone No. (940) 627 - 6400
Telecopier No. (940) 627 - 6408

pbelew@gmail.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the above Motion has this day been served on attorney for the State on this, the 12TH day of April 2015 by:

|  |  |
|---|---|
| _____ | Hand delivery |
| _____ | Certified mail, return Receipt Requested |
| __x___ | Sent by electronic mail before 5:00 p.m. |

_/s/_____
PAUL BELEW

## CERTIFICATE OF SERVICE

I certify that attorney for Petitioner has conferred with the State on this

matter, and the State of Texas is not opposed to the granting of this Motion on the

12TH day of April 2015.

_/s/_____
PAUL BELEW